# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        Plaintiff,        **FILED UNDER SEAL**

        v.        CASE NO. 13- 10027 -01, 02-MLB

**JOSE E. PICENO,**
    aka El Chepe, and
**MAYRA J. PICENO,**

        Defendants.

# INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

**18 U.S.C. § 1956(h)**
**(Conspiracy to Launder Monetary Instruments)**

Beginning on or about April 25, 2011, and continuing through October 31, 2011, in the District of Kansas, and elsewhere,

**JOSE E. PICENO, and**
**MAYRA J. PICENO,**

the defendants herein, did knowingly, willfully and unlawfully conspire with others, both known and unknown to the Grand Jury, to commit an offense in violation of Title 18, United States Code, Section 1956, that is, money laundering and attempted money laundering.

In violation of Title 18, United States Code, Section 1956(h).

## COUNTS TWO THROUGH FORTY-FIVE

**18 U.S.C. § 1956**
**(Money Laundering)**

That on or about the dates specified below, in the District of Kansas, and elsewhere,

**JOSE E. PICENO, and**
**MAYRA J. PICENO,**

the defendants herein, did knowingly and willfully conduct financial transactions affecting interstate commerce, that is, defendants Jose PICENO and Mayra PICENO caused the transactions specified below, which involved the proceeds of a specified unlawful activity, that is, possession with intent to distribute a controlled substance, attempted possession with intent to distribute a controlled substance, distribution of a controlled substance, attempted distribution of a controlled substance, and conspiracy to distribute a controlled substance in violation of Title 21, United States Code, Sections 841 and 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, source and ownership of the proceeds of said specified unlawful activity, and, that while conducting these transactions, defendants Jose E. PICENO and

Mayra J. PICENO knew that all and part of the property involved in these financial transactions represented the proceeds of some form of unlawful activity:

| Count | Date | Name on Bank Account | Amount of Transaction | Partial Bank Account No. |
|---|---|---|---|---|
| 2 | 4/25/2011 | Jose E. and Mayra J. Piceno | $ 9,500.00 | 8830 |
| 3 | 4/26/2011 | Jesus G. Servin Maribel Piseno | 1,800.00 | 1337 |
| 4 | 5/6/2011 | Juan Manuel Ruiz Jr. | 9,500.00 | 4064 |
| 5 | 5/9/2011 | Jose E. and Mayra J. Piceno | 9,500.00 | 8232 |
| 6 | 5/9/2011 | Jose E. and Mayra J. Piceno | 9,500.00 | 8240 |
| 7 | 5/10/2011 | Maximo Tinajero Vega | 9,400.00 | 179 |
| 8 | 5/10/2011 | Maximo Tinajero Vega | 100.00 | 179 |
| 9 | 5/11/2011 | Jose E. and Mayra J. Piceno | 2,100.00 | 7392 |
| 10 | 5/18/2011 | Verenis Ruiz | 9,500.00 | 151 |
| 11 | 5/24/2011 | Verenis Ruiz and Jose Ruiz Jr. | 9,500.00 | 8172 |
| 12 | 5/25/2011 | Jose E. and Mayra J. Piceno | 9,500.00 | 7392 |
| 13 | 6/1/2011 | Jesus Gonzalez Maribel Piseno | 9,500.00 | 1340 |
| 14 | 6/6/2011 | Jesus Gonzalez Maribel Piseno | 9,500.00 | 1340 |
| 15 | 6/10/2011 | Jose E. and Mayra J. Piceno | 9,500.00 | 8830 |
| 16 | 6/14/2011 | Jose E. and Mayra J. Piceno | 8,500.00 | 1923 |
| 17 | 6/14/2011 | Jose E. and Mayra J. Piceno | 5,300.00 | 7392 |

| Count | Date | Name on Bank Account | Amount of Transaction | Partial Bank Account No. |
|---|---|---|---|---|
| 18 | 6/17/2011 | Adrian Ruiz | 9,530.00 | 2915 |
| 19 | 6/20/2011 | Verenis Ruiz | 7,500.00 | 151 |
| 20 | 6/21/2011 | Verenis Ruiz | 9,500.00 | 151 |
| 21 | 6/21/2011 | Jesus G. Servin | 9,500.00 | 1337 |
| 22 | 6/27/2011 | Jose E. and Mayra J. Piceno | 9,500.00 | 7392 |
| 23 | 6/28/2011 | Jose E. and Mayra J. Piceno | 5,500.00 | 5148 |
| 24 | 7/1/2011 | Adrian Ruiz | 9,500.00 | 2915 |
| 25 | 7/5/2011 | Anabel Luquin | 9,500.00 | 3610 |
| 26 | 7/5/2011 | Verenis Ruiz | 9,500.00 | 151 |
| 27 | 7/6/2011 | Jose E. and Mayra J. Piceno | 9,500.00 | 7392 |
| 28 | 7/7/2011 | Adrian Ruiz | 9,500.00 | 2915 |
| 29 | 7/8/2011 | Jesus G. Servin | 9,000.00 | 1337 |
| 30 | 7/11/2011 | Adrian Ruiz | 9,000.00 | 2915 |
| 31 | 7/18/2011 | Jose E. and Mayra J. Piceno | 425.00 | 7392 |
| 32 | 7/18/2011 | Jose E. and Mayra J. Piceno | 7,075.00 | 7392 |
| 33 | 7/19/2011 | Adrian Ruiz | 9,500.00 | 2915 |
| 34 | 7/21/2011 | Jose E. and Myra J. Piceno | 9,500.00 | 7392 |
| 35 | 7/25/2011 | Jesus Gonzalez | 9,500.00 | 1340 |
| 36 | 7/26/2011 | Anabel Luquin | 9,500.00 | 3610 |
| 37 | 7/28/2011 | Adrian Ruiz | 9,500.00 | 2915 |
| 38 | 8/9/2011 | Verenis Ruiz | 9,500.00 | 151 |
| 39 | 8/22/2011 | Martha Madrigal | 9500.00 | 2116 |

| Count | Date | Name on Bank Account | Amount of Transaction | Partial Bank Account No. |
|---|---|---|---|---|
| 40 | 8/23/2011 | Ruben and Alma G. Soriano | 9,500.00 | 6483 |
| 41 | 8/29/2011 | Martha Madrigal | 9,500.00 | 2116 |
| 42 | 9/15/2011 | Jesus Gonzalez | 9,500.00 | 1340 |
| 43 | 9/19/2011 | Maximo Tinajero Vega | 9,500.00 | 3179 |
| 44 | 9/20/2011 | Jose E. and Mayra J. Piceno | 9,500.00 | 5510 |
| 45 | 10/12/2011 | Jesus Gonzalez | 9,500.00 | 1340 |

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT FORTY-SIX

### 21 U.S.C. §§ 846, 841
### (Conspiracy to Distribute Controlled Substances)

Beginning on or about April 25, 2011, and continuing through October 31, 2011, in the District of Kansas, and elsewhere,

**JOSE E. PICENO,**

the defendant herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with other persons, whose identities are known and unknown to the Grand Jury, to commit the following offense against the United States, that is, to possess with intent to distribute and to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 846 and 841.

## COUNT FORTY-SEVEN

### 21 U.S.C. § 841(a)
### (Attempted Distribution of a Controlled Substance)

On or about March 1, 2012, in the District of Kansas, and elsewhere,

**JOSE E. PICENO,**

the defendant herein, did knowingly, intentionally and unlawfully attempt to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

### Forfeiture Allegations

1. <u>Title 18, United States Code, Section 1956</u>

    a. The allegations contained in Counts One through Forty-Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(1).

    b. Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, the defendants, JOSE E. PICENO and MAYRA J. PICENO, shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

> (1) A forfeiture money judgment in an amount that represents the proceeds obtained or derived by the defendant from the schemes in Counts One through Forty-Five

2. <u>Title 21, United States, Code 841</u>

As a result of committing the foregoing offenses alleged in Counts Forty-Six and Forty-Seven of this Indictment, the defendant, JOSE E. PICENO, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

> a. Money Judgment
>
> > A sum of money equal to approximately $487,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offenses in count Forty-Six. Specifically, this sum represents the money deposited into multiple bank accounts at the direction of the defendant, Jose E. PICENO, for payment of methamphetamine sold in the District of Kansas.

All in violation of Title 21, United States Code, Section 853.

3.  Substitute Assets

If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  had been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All in violation of Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code Section 2461(c).

**A TRUE BILL**

 January 29, 2013                s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY

 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

> **It is requested that the trial be held in Wichita, KS**